1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  W. DOUGLAS SPRAGUE (CSBN 202121)
   Acting Chief, Criminal Division
4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
6     1301 Clay Street, Suite 340S
      San Francisco, California 94612
7     Telephone: (510) 637-3680
      Facsimile: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8
9  Attorneys for the United States of America

**RECEIVED**

MAR 5 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

Submitting Counsel are directed
to serve this order upon all other
parties in this action

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,       )   No. CR 04-0404-SI
                                    )
15         Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
16     v.                           )   ORDER RE CONTINUANCE
                                    )
17  BRION SCOTT MCKENNA,            )
                                    )
18         Defendant.               )
19  _____  )
20
21     This matter is currently scheduled for sentencing on March 14, 2008. The defendant, as
22  part of his plea agreement, agreed to provide assistance to the government in this matter in
23  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
24  defendant has been cooperating with the joint investigation by the United States Attorney's
25  Office here in the Northern District of California and the Fraud Section of the Criminal Division
26  in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
27  request that the sentencing be continued to ~~June 27~~, 2008, or as soon thereafter as the Court is

    July 11, 2008

28
    STIP. RE CONTINUANCE    July 11, 2008

    CR 04-0404-SI

| | |
|---|---|
| 1 | available. Counsel for both parties will coordinate with the Probation Officer to ensure that she |
| 2 | has the materials necessary to prepare the Presentence Report. |
| 3 | |
| 4 | |
| 5 | SO STIPULATED. |
| 6 | _____ JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 7 | |
| 8 | Dated: 3/5/08     /s/ |
| 9 | KESLIE STEWART<br>Assistant United States Attorney |
| 10 | |
| 11 | |
| 12 | Dated: 3/5/08     /s/<br>ROBERT HUMPHREYS<br>Attorney for Defendant |
| 13 | |
| 14 | |
| 15 | |
| 16 | SO ORDERED. |
| 17 | Dated: 3/5/08 |
| 18 | THE HON. SUSAN ILLSTON<br>United States District Court |

STIP. RE CONTINUANCE

CR 04-0404-SI