```
 1   JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
 2
     W. DOUGLAS SPRAGUE (CSBN 202121)
 3   Acting Chief, Criminal Division       Submitting Counsel are directed
                                           to serve this order upon all other
 4   KESLIE STEWART (CSBN 184090)          parties in this action
     Assistant United States Attorney
 5
     1301 Clay Street, Suite 340S
 6   San Francisco, California 94612
     Telephone: (510) 637-3680
 7   Facsimile: (510) 637-3724
     E-Mail: Keslie.Stewart@usdoj.gov
 8
     Attorneys for the United States of America
 9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13

14   UNITED STATES OF AMERICA,        )   No. CR 04-0404-SI
                                      )
15         Plaintiff,                 )
                                      )   STIPULATION AND [PROPOSED]
16   v.                               )   ORDER RE CONTINUANCE
                                      )
17   THOMAS J. POOL,                  )
                                      )
18         Defendant.                 )
                                      )
19
```

RECEIVED
08 MAR -6 AM 11:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
MAR X 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED MAR 13 2008

p/s. file as original
TM

STIP. RE CONTINUANCE
CR 04-0404-SI

1        This matter is currently scheduled for sentencing on March 14, 2008. The defendant, as
2  part of his plea agreement, agreed to provide assistance to the government in this matter in
3  exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1. The
4  defendant has been cooperating with the joint investigation by the United States Attorney's
5  Office here in the Northern District of California and the Fraud Section of the Criminal Division
6  in Washington D.C. Because his cooperation is on-going, the parties hereby stipulate and jointly
7  request that the sentencing be continued to ~~June 27,~~ July 11 2008, or as soon thereafter as the Court is
8  available. Counsel for both parties will coordinate with the Probation Officer to ensure that she
9  has the materials necessary to prepare the Presentence Report.

12 SO STIPULATED.

13                                                     JOSEPH P. RUSSONIELLO
                                                    United States Attorney

15 Dated: 3/5/08

16                                                       KESLIE STEWART
                                                      Assistant United States Attorney

19 Dated: 3/5/08

                                                      PATRICK DOOLITTLE
                                                      Attorney for Defendant

23 SO ORDERED.

24 Dated: MAR X 6 2008                         Susan Illston

                                                      THE HON. SUSAN ILLSTON
                                                      United States District Court

28 STIP. RE CONTINUANCE

CR 04-0404-SI