JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Acting Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   San Francisco, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-0404-SI |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE |
|    v. | |
| THOMAS J. POOL, | |
|    Defendant. | |

U.S. v. POOL (CR-04-0404 SI)
STIPULATION [PROPOSED]
ORDER TO CONTINUE

This matter is currently scheduled for sentencing on July 17, 2009.  The defendant, as part of his plea agreement, agreed to provide assistance to the government in this matter in exchange for a possible motion for a downward departure pursuant to U.S.S.G. § 5K1.1.  The defendant has been cooperating with the joint investigation by the United States Attorney's Office here in the Northern District of California and the Fraud Section of the Criminal Division in Washington D.C.  Because his cooperation is on-going, the parties hereby stipulate and jointly request that the sentencing be continued to February 26, 2010, or as soon thereafter as the Court is available.  Counsel for both parties will coordinate with the Probation Officer to ensure that she has the materials necessary to prepare the Presentence Report.

SO STIPULATED.

_____JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   6/23/09                         /s/
KESLIE STEWART
Assistant United States Attorney

Dated:   6/23/09                         /s/
PATRICK DOOLITTLE
Attorney for Defendant

I hereby attest that I have authorization to file this document on behalf of those individuals whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

SO ORDERED.

Dated: _____                         _____
THE HON. SUSAN ILLSTON
United States District Court

U.S. v. POOL (CR-04-0404 SI)
STIPULATION [PROPOSED]
ORDER TO CONTINUE